UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 11, 2016

MEMO TO COUNSEL RE:   Mental Health Association of Maryland v. National
Council for Behavioral Health
Civil No. JFM-16-92

Dear Counsel:

I have reviewed the papers submitted by plaintiff in support of its motion for temporary restraining order and preliminary injunction. The motion for temporary restraining order is denied. However, the case is set in for a hearing on the preliminary injunction at 1:45 pm on February 2, 2016.

I will out of town until the end of January. If plaintiff believes that it will be unduly prejudiced by my denial of its motion for temporary restraining order and that my ruling on the motion for temporary restraining order is incorrect, it may file a motion for reconsideration of this order. The motion will be referred to the chambers judge.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge